# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                   Chapter 13

                                   Bankruptcy No. 16-14484-AMC

ANITA BUTLER

5237 Walton Street

Philadelphia, PA 19143-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
        ANITA BUTLER

        5237 Walton Street

        Philadelphia, PA 19143-

**Counsel for debtor(s), by electronic notice only.**
        BRAD J. SADEK ESQ
        SADEK LAW OFFICE
        1315 WALNUT STREET #502
        PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                                     /s/ William C. Miller

Date: 9/7/2016

                                   _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee