United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14484-amc
Anita Butler                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW            Page 1 of 2              Date Rcvd: Sep 19, 2016
                               Form ID: 152              Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2016.
db             +Anita Butler,    5237 Walton Street,    Philadelphia, PA 19143-2607
13749551       +Ashro,    1515 S 21st St,    Clinton, IA 52732-6676
13782381       +Ashro Lifestyle,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13749552      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA,     15000 Capital One Dr,    Richmond, VA 23238)
13776547        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13749554       +Commonwealth of Pennsylvania,    P.O. Box 1259,    Department 114164,    Oaks, PA 19456-1259
13749556       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13749557       +Merchant Credit Guide,    223 W Jackson Blvd.,    Ste 4,    Chicago, IL 60606-6908
13749558       +Montgomery Ward,    1112 7th Ave,    Monroe, WI 53566-1364
13782378       +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13774401       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13749559       +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13749561       +Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 20 2016 02:00:33      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2016 02:00:29      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13749550       +E-mail/Text: EBNProcessing@afni.com Sep 20 2016 02:00:25      Afni, Inc.,    P.O. Box 3097,
                 Bloomington, IL 61702-3097
13749553       +E-mail/Text: kzoepfel@credit-control.com Sep 20 2016 02:00:24      Central Loan Admin,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
13749555        E-mail/Text: cio.bncmail@irs.gov Sep 20 2016 02:00:14      IRS,    P.O. Box 804527,
                 Cincinnati, OH 45280-4527
13750847        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2016 02:00:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13749560       +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2016 01:56:39      Synchrony Bank,    P.O. Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2016 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Anita  Butler brad@sadeklaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
```

```
District/off: 0313-2          User: ChrissyW               Page 2 of 2                   Date Rcvd: Sep 19, 2016
                              Form ID: 152                 Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Anita Butler
    Debtor(s)

Case No: 16−14484−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 11/15/16 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

15 − 2
Form 152