**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
www.kmllawgroup.com

August 2, 2017

Brad J. Sadek
Sadek & Cooper
1315 Walnut, Suite 502
Philadelphia, PA 19107

RE:    **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
       Lakeview Loan Servicing, LLC vs. Anita Butler
       Case No. 16-14484 AMC
       Last 4 Digits of Loan No.: 5622

Dear Sir or Madam:

   Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice. The amount in default is itemized as follows:

- Regular mortgage payments for the months of June 2017 through July 2017, due on the first of each month, in the amount of $855.04 per month;
- Installment payments due under the Stipulation for the months of June 2017 through July 2017, due before the last day of each month, in the amount of $208.95 per month;

**The total due is $2,127.98 and must be received on or before August 17, 2017.**

- The monthly payment due for August 2017 is due on the 1st day of August and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

   **Only certified funds, money order, or a check from an attorney trust account will be accepted to cure the default.** We will not accept cash or personal checks. If you have proof that payments were made, fax that proof to our office at **215-627-7734.** If payment of the amount in default is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay, as set forth in the Stipulation. Due to heightened security in our office complex, you MUST call our office at **215-627-1322** and schedule an appointment if you intend to pay the amount in person; please reference our file number 160257BK.

                                         KML Law Group, P.C.
                                         **/s/ Matteo S. Weiner , Esquire**
                                         Matteo S. Weiner, Esquire
                                         mweiner@kmllawgroup.com
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         215-627-1322
                                         Attorneys for Movant/Secured Creditor

cc:    Anita Butler
       5237 Walton Avenue
       Philadelphia, PA 19143