### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anita Butler<br>　　　　　Debtor<br><br>Lakeview Loan Servicing, LLC<br>　　　　　Movant<br>　　v.<br>Anita Butler<br>　　　　　Debtor<br><br>William C. Miller<br>　　　　　Trustee | Chapter 13<br><br><br>NO. 16-14484 AMC |

### ORDER

AND NOW, this 25th day of September, 2017, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 6, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with regard to the mortgaged property, to allow Lakeview Loan Servicing, LLC, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on 5237 Walton Avenue, Philadelphia, PA 19143.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list

Anita Butler
5237 Walton Avenue
Philadelphia, PA 19143

William C. Miller
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Sadek J. Brad
Sadek & Cooper
1315 Walnut, Suite 502
Philadelphia , PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532