United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14484-amc
Anita Butler                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Sep 25, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db          +Anita Butler,   5237 Walton Street,   Philadelphia, PA 19143-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Anita  Butler brad@sadeklaw.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anita Butler<br>　　　　　Debtor<br><br>Lakeview Loan Servicing, LLC<br>　　　　　Movant<br>　　v.<br>Anita Butler<br>　　　　　Debtor<br><br>William C. Miller<br>　　　　　Trustee | Chapter 13<br><br><br>NO. 16-14484 AMC |

## ORDER

　　AND NOW, this 25th day of September, 2017, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 6, 2017, it is ORDERED AND DECREED that:

　　The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with regard to the mortgaged property, to allow Lakeview Loan Servicing, LLC, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on 5237 Walton Avenue, Philadelphia, PA 19143.

　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list

Anita Butler
5237 Walton Avenue
Philadelphia, PA 19143

William C. Miller
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Sadek J. Brad
Sadek & Cooper
1315 Walnut, Suite 502
Philadelphia , PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532