UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Anita Butler | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-14484 |

## ORDER

AND NOW, this ____ day of _____ 2017, upon consideration of the Motion to Reconsider the September 25, 2017 Order Granting Relief from the Automatic Stay, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order of this Court dated September 25, 2017 Modifying the Automatic Stay is vacated and the Automatic Stay is Reinstated.

FURTHER ORDERED:

_____
J.