UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Anita Butler | : | |
| | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-14484 |

CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Motion To Reconsider the September 25, 2017 Order Modifying the Automatic Stay by Regular US Mail or electronic means on all creditors and the following parties.

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

**JOSHUA ISAAC GOLDMAN**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Respectfully submitted,

Dated: October 19, 2017

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107