**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Anita Butler

                Debtor

Lakeview Loan Servicing, LLC

                Movant

     v.

Anita Butler

                Debtor

William C. Miller

                Trustee

Chapter 13

NO. 16-14484 AMC

**ORDER**

AND NOW, this 25th day of September, 2017, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 6, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with regard to the mortgaged property, to allow Lakeview Loan Servicing, LLC, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on 5237 Walton Avenue, Philadelphia, PA 19143.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list