UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Anita Butler | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-14484-AMC |

## ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of the Motion to Reconsider the September 25, 2017 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED and DECREED that the Automatic Stay shall be reinstated for thirty (30) days after the signing of this Order to allow for Lakeview Loan Servicing, LLC as the "Mortgagee" and Anita Butler as the "Mortgagor/Debtor" to enter into a Stipulated Order reinstating the Automatic Stay.

FURTHER ORDERED:

_____
J.