UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Anita Butler | : | Chapter 13 |
| | : | |
|    Debtor | : | Case No.: 16-14484 - AMC |

## CONSENT ORDER

WHEREAS, on September 25, this Honorable Court entered an Order Modifying the Automatic Stay in favor of Lakeview Loan Servicing, LLC.

Whereas, on October 20, 2017, the Debtor filed a Motion to Reconsider the Order Modifying the Automatic Stay.

AND NOW, the undersigned parties are in Agreement that the Automatic Stay shall be Re-instated in favor of the Debtor and against Lakeview Loan Servicing, LLC.

FURTHER ORDERED:

Dated:_____

                                                                                    J.

Dated:____2/26/18_____

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
Counsel for the Debtor

Dated:____2/26/18_____

/s/ Kevin McDonald, Esquire
Kevin McDonald, Esquire
KML Law Group
Counsel for Lakeview Loan Servicing