United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14484-amc
Anita Butler                                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Feb 27, 2018
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db           +Anita Butler,    5237 Walton Street,    Philadelphia, PA 19143-2607
13818293     +Lakeview Loan Servicing, LLC,   Cenlar FSB,    425 Phillips BLVD,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Creditor    Lakeview Loan Servicing, LLC brad@sadeklaw.com,
           bradsadek@gmail.com
          BRAD J. SADEK    on behalf of Debtor Anita  Butler brad@sadeklaw.com,   bradsadek@gmail.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
    Anita Butler                             :        Chapter 13
                                             :
    Debtor                                   :        Case No.: 16-14484 - AMC

## CONSENT ORDER

WHEREAS, on September 25, this Honorable Court entered an Order Modifying the Automatic Stay in favor of Lakeview Loan Servicing, LLC.

Whereas, on October 20, 2017, the Debtor filed a Motion to Reconsider the Order Modifying the Automatic Stay.

AND NOW, the undersigned parties are in Agreement that the Automatic Stay shall be Re-instated in favor of the Debtor and against Lakeview Loan Servicing, LLC.

FURTHER ORDERED:

Dated: _____

                                                              _____ J.

Dated: ____2/26/18____                /s/ Brad J. Sadek, Esquire
                                                              Brad J. Sadek, Esquire
                                                              Sadek and Cooper
                                                              Counsel for the Debtor

Dated: ____2/26/18____                /s/ Kevin McDonald, Esquire
                                                              Kevin McDonald, Esquire
                                                              KML Law Group
                                                              Counsel for Lakeview Loan Servicing