**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     Anita Butler | : | |
| | : | Bankruptcy Case No.: 16-14484-MDC |
|     Debtor(s) | : | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Motion to Modify Plan and Modified Plan filed on October 13, 2020 at Docket Entries #75, 76, 77, 78, and 79.

DATED: 10/15/2020            BY:   */s/ Brad J. Sadek*
                                                              Brad J. Sadek, Esq.
                                                               Sadek and Cooper Law Offices
                                                               1315 Walnut Street, Suite 502
                                                               Philadelphia, PA 19107
                                                               215-545-0008
                                                               Attorney for Debtors