UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Anita Butler | : | Case No.: 16-14484-MDC |
| Debtor(s) | : | Chapter 13 |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation, Docket No. 80.

Dated: October 27, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008