*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anita Butler
    Debtor(s)

Case No: 16–14484–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled\*\*
Motion to Modify Plan Filed by Anita Butler Represented by BRAD J. SADEK

    on: 11/5/20

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/2/20

Timothy B. McGrath
Clerk of Court

87 – 82
Form 167