United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-14484-mdc |
| Anita Butler | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anita Butler, 5237 Walton Street, Philadelphia, PA 19143-2607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 03, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Anita Butler brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Creditor Lakeview Loan Servicing LLC brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Lakeview Loan Servicing LLC Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN G. MCDONALD
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Anita Butler | : | Case No.: 16-14484-mdc |
| Debtor(s) | : | Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this __1st__ day of __December__, 2020 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge