## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |  |
|---|---|---|
| Anita Butler | : | Chapter 13 |
| Debtor | : |  |
|  | : | Case No.: 16-14484MDC |

### ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:
1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,250.00.

**Dated:** December 28, 2020

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy