UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
|     Anita Butler | : | Case No.: 16-14484-mdc |
| | : | |
|     Debtor(s) | : | Chapter 13 |

## <u>ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION</u>

AND NOW, this __14th__ day of_____January_____, 2021 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge