# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anita Butler aka Anita Singleton**<br>            **Debtor(s)** | **BK NO. 16-14484 MDC**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing, LLC**<br>                    **Movant**<br>            **vs.**<br><br>**Anita Butler aka Anita Singleton**<br>            **Debtor(s)**<br><br>**William C. Miller**,<br>                    **Trustee** | |

## CERTIFICATE OF SERVICE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 25, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anita Butler aka Anita Singleton
5237 Walton Avenue
Philadelphia, PA 19143

Attorney for Debtor(s)
Sadek J. Brad, Sadek & Cooper
1315 Walnut, Suite 502
Philadelphia , PA 19107

Trustee
William C. Miller
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: August 25, 2021

**/s/Denise Carlon Esquire**
Denise Carlon Esquire
KML Law Group, P.C.
BNY Mellon Independence
Center 701 Market Street, Suite 5000 Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com