**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anita Butler aka Anita Singleton<br>           Debtor(s) | Chapter 13 |
| Lakeview Loan Servicing, LLC<br>           Moving Party<br>vs. | NO. 16-14484 MDC |
| Anita Butler aka Anita Singleton<br>           Debtor(s)<br>and Kenneth E. West<br>           Trustee | 11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

I, Rebecca A. Solarz, Esquire, attorney for Moving Party, certify that Debtor(s) has/have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated May 9, 2022 was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) has/have failed to cure the default.  Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322 FAX (215) 627-7734
                                              Attorneys for Movant/Applicant

June 2, 2022