**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
[www.kmllawgroup.com](www.kmllawgroup.com)

May 9, 2022

Sadek J. Brad
Sadek & Cooper
1315 Walnut, Suite 502
Philadelphia , PA 19107

RE: **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
Lakeview Loan Servicing, LLC vs. Anita Butler aka Anita Singleton
Case No. 16-14484 MDC
Last 4 Digits of Loan No. 2547

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of February 2021 through April 2022, in the amount of $925.14 per month;
- Less Debtor Suspense credit in the amount of $487.24;

**The total due is $13,389.86 and must be received on or before May 24, 2022.**

- The monthly payment for May 2022, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

KML Law Group, P.C.
/s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327

cc:     Anita Butler aka Anita Singleton