**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:  Anita Butler aka Anita Singleton
                           Debtor(s)

Lakeview Loan Servicing, LLC
             v.
Anita Butler aka Anita Singleton
                and
Kenneth E. West
                     Trustee

Chapter 13

NO. 16-14484 MDC

## ORDER

AND NOW, this   9th   day of        June   2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 24, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Lakeview Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5237 Walton Avenue Philadelphia, PA 19143.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Anita Butler aka Anita Singleton
5237 Walton Avenue
Philadelphia, PA 19143

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Sadek J. Brad
Sadek & Cooper
1315 Walnut, Suite 502
Philadelphia , PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532