United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-14484-mdc
Anita Butler  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 29, 2022     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita Butler, 5237 Walton Street, Philadelphia, PA 19143-2607 |
| 13749554 | + | Commonwealth of Pennsylvania, P.O. Box 1259, Department 114164, Oaks, PA 19456-1259 |
| 13749556 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13818293 | + | Lakeview Loan Servicing, LLC, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 14164742 | | M&T BANK, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 13774401 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13749550 | + | Email/Text: EBNProcessing@afni.com | Jul 30 2022 00:49:00 | Afni, Inc., P.O. Box 3097, Bloomington, IL 61702-3097 |
| 13749551 | + | Email/Text: bankruptcy@sccompanies.com | Jul 30 2022 00:49:00 | Ashro, 1515 S 21st St, Clinton, IA 52732-6676 |
| 13782381 | + | Email/Text: bankruptcy@sccompanies.com | Jul 30 2022 00:49:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13749552 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2022 00:56:49 | Capital One Bank USA, 15000 Capital One Dr, Richmond, VA 23238 |
| 13829573 | | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | Water Revenue Bureau, Law Department - Tax Unit, Municipal Services Building, 1401 JFK Blvd., Room 580, Phila., PA 19102 |
| 13776547 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2022 00:56:51 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13749553 | + | Email/Text: clientservices@credit-control.com | Jul 30 2022 00:49:00 | Central Loan Admin, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13749555 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2022 00:49:00 | IRS, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 14566203 | | Email/Text: camanagement@mtb.com | Jul 30 2022 00:49:00 | M & T Bank, PO BOX 1288, Buffalo NY 14240 |
| 14566202 | | Email/Text: camanagement@mtb.com | Jul 30 2022 00:49:00 | M & T Bank, PO BOX 840, Buffalo NY 14240 |
| 13749557 | ^ | MEBN | Jul 30 2022 00:45:34 | Merchant Credit Guide, 223 W Jackson Blvd., Ste 4, Chicago, IL 60606-6914 |
| 13749558 | + | Email/Text: bankruptcy@sccompanies.com | Jul 30 2022 00:49:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13782378 | + | Email/Text: bankruptcy@sccompanies.com | Jul 30 2022 00:49:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13750847 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2022 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13749559 | + | Email/Text: bankruptcy@sccompanies.com | Jul 30 2022 00:49:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13749560 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2022 00:56:47 | Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 13749561 | + | Email/Text: megan.harper@phila.gov | Jul 30 2022 00:49:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Creditor Lakeview Loan Servicing LLC brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Anita Butler brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Lakeview Loan Servicing LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 24 |

MATTEO SAMUEL WEINER
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Lakeview Loan Servicing  LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Chapter 13
ANITA BUTLER

Debtor     Bankruptcy No. 16-14484-MDC

# ORDER

**AND NOW**, this __28th__ day of __July__ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
ANITA BUTLER

5237 WALTON STREET

PHILADELPHIA, PA 19143-